FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 2 2005

GREGORY C. LANGHAM
CLERK

SEP 1 6 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge Phillip S. Figa

05 - CV - 01849

Criminal Action No. 04-cr-00001-PSF

UNITED STATES OF AMERICA,

v.

TOMMY VALDEZ,

    Defendant.

---

ORDER CONSTRUING DEFENDANT'S LETTER
AS FILED PURSUANT TO 28 U.S.C. § 2241

---

Defendant Tommy Valdez is a prisoner in the custody of the United States Bureau of Prisons (BOP) who currently is incarcerated at the Federal Correctional Institution in Florence, Colorado. On September 12, 2005, Mr. Valdez submitted and the Court filed in the instant criminal case a letter *ex parte* requesting that the Court reconfigure his sentence computation calculated by the BOP.

The Court must construe the letter liberally because Mr. Valdez is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the letter will be construed as filed pursuant to 28 U.S.C. § 2241 (1994).

On July 18, 2005, following a hearing, the Court found that Mr. Valdez had violated the conditions of his supervised release, ordered his supervised release revoked, and sentenced Mr. Valdez to eight months of imprisonment on charges of



failure to report to his probation officer as directed. Judgment was entered on the docket on August 1, 2005.

In the letter filed on September 12, 2005, Mr. Valdez contends that the sentence computation prepared by the BOP does not reflect all the time served with which he should be credited. The claims Mr. Valdez asserts in the letter are more appropriately addressed under 28 U.S.C. § 2241 because he is attacking "the execution of a sentence rather than its validity." *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996). The clerk of the Court will be directed to open a separate action pursuant to § 2241 and to direct Mr. Valdez to cure any deficiencies in the § 2241 action. Accordingly, it is

ORDERED that Mr. Valdez's letter filed on September 12, 2005, is construed liberally as asserting claims pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that the clerk of the Court is directed to open a separate action pursuant to 28 U.S.C. § 2241 and to direct Mr. Valdez to cure any deficiencies in the § 2241 action. It is

FURTHER ORDERED that the clerk of the Court shall place a copy of Mr. Valdez's letter filed on September 12, 2005, in the separate 28 U.S.C. § 2241 action. It is

FURTHER ORDERED that Mr. Valdez is reminded that Rule 57.2 of the Local Rules of Practice of the United States District Court for the District of Colorado – Criminal concerning *ex parte* communications forbids him from sending letters directly to a judicial officer. "Unless otherwise instructed, all matters to be called to a judicial officer's attention shall be submitted through the clerk with copies served on all other

parties or their attorneys."

DATED at Denver, Colorado, this 15th day of September, 2005.

BY THE COURT:

*[signature]*

PHILLIP S. FIGA
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CERTIFICATE OF SERVICE

Case No. 04-CR-00001-F

The undersigned certifies that a copy of the foregoing **Order Construing Defendant's Letter as Filed Pursuant to 28 U.S.C. § 2241** was served on September 16, 2005, by:

(X)     depositing the same in the U.S. Mail, postage prepaid, addressed to:

Tommy Valdez
Reg. No. 28258-013
FCI-Florence
P.O. Box 6000
Florence, CO  81226-6000


GREGORY C. LANGHAM, CLERK

By _____
Deputy Clerk/Secretary