IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01849-OES
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

TOMMY VALDEZ,

    Applicant,

v.

[UNNAMED RESPONDENT].

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 4 2005

GREGORY C. LANGHAM
CLERK

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCY

Plaintiff Tommy Valdez is a prisoner in the custody of the United States Bureau of Prisons (BOP) who currently is incarcerated at the Federal Correctional Institution in Florence, Colorado. On September 12, 2005, Mr. Valdez submitted and the Court filed a letter *ex parte* requesting that the Court reconfigure his sentence computation calculated by the BOP. The letter was filed on September 12, 2005, in Mr. Valdez's criminal case and construed liberally as asserting claims filed pursuant to 28 U.S.C. § 2241. In the September 22, 2005, order construing the letter as filed pursuant to § 2241, the Honorable Phillip S. Figa directed the clerk of the Court to open a separate action pursuant to 28 U.S.C. § 2241 and to direct Mr. Valdez to cure any deficiencies in the § 2241 action. *See United States v. Valdez*, No. 04-cr-00001-PSF. This is the separate action opened by the clerk of the Court.

The Court has reviewed the September 12, 2005, letter and has determined that

the letter is deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers that the applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)  xx   is not submitted
(2)  ___  is missing affidavit
(3)  ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___  is missing required financial information
(5)  ___  is missing an original signature by the prisoner
(6)  ___  is not on proper form (must use the Court's current form)
(7)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(8)  ___  An original and a copy have not been received by the Court. Only an original has been received.
(9)  ___  other _____

**Complaint, Petition or Application:**
(10) xx   is not submitted
(11) ___  is not on proper form (must use the Court's current form)
(12) ___  is missing an original signature by the prisoner
(13) ___  is missing page nos. ___
(14) ___  uses et al. instead of listing all parties in caption
(15) ___  An original and a copy have not been received by the Court. Only an original has been received.
(16) ___  Sufficient copies to serve each defendant/respondent have not been received by the Court.
(17) ___  names in caption do not match names in text
(18) ___  other _____

Accordingly, it is

ORDERED that the applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the Court mail to the applicant, together with a copy of this order, two copies of the following forms: Prisoner's Motion and

2

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if the applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 4 day of October, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01849-OES

Tommy Valdez
Reg. No. 28258-013
FCI
P.O. Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 10/4/05

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk